KEITH L. JOLLY #286138 A-1104-2
UNION CORRECTIONAL INSTITUTION
P.O. Box 1000
Raiford Florida
Zip Code 32083



BRYANT Simpson U.S. COURTHOUSE
300 N. HOGAN ST Room-9-150
Jacksonville Florida
Zip Code 32202

LEGAL MAIL

RECIEVED
UNION CORRECTIONAL INSTITUTION

FEB 0 7 2025

BY: _____
    FOR MAILING